**IN IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Jena L. Schantz, | : | Case No. 2:16-cv-0028 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus |
| | : | |
| v. | : | Magistrate Judge Terence P. Kemp |
| | : | |
| Peregrine Health Services, Inc. | : | |
| dba Summit's Trace Healthcare | : | |
| Center, et al. | : | |
| | : | |
| Defendants, | : | |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Jena L. Schantz and Defendants Peregrine Health Services, Inc. d/b/a Summit's Trace Healthcare Center ("Summit's Trace"), Robert Griggs, Clynthia Smith and Renee Hunt, hereby stipulate and agree, and it is hereby ORDERED, ADJUDGED AND DECREED, that this Lawsuit be dismissed, with prejudice. Each party to bear her or its own costs and fees.

**IT IS SO ORDERED.**
Dated: January 5, 2017, 2016xx          /s/ Terence P. Kemp
                                        United States Magistrate Judge

Respectfully agreed and submitted,

/s/Laren E. Knoll                    /s/ William J. Barath
Laren E. Knoll     (0070594)         William J. Barath     (0041197)
The Knoll Law Firm, LLC              ICE MILLER LLP
7240 Muirfield Drive, Suite 120      250 West Street
Columbus, OH 43220                   Columbus, Ohio 43215
Phone: 614-372-8890                  Phone: 614-462-2700
Facsimile:614-442-8718               Facsimile: 614-462-5135
Email: lknoll@knolllaw.com           Email:  William.Barath@icemiller.com

*Trial Attorney for Plaintiff*        *Trial Attorney for Defendants Peregrine*
*Jena L. Schantz*                     *Health Services, Inc. d/b/a Summit's Trace*
                                      *Healthcare Center, Robert Griggs, Clynthia*
                                      *Smith and Renee Hunt*

          */s/ Kelly Boggs Lape*
Robert D. Weisman    (0024460)
Kelly Boggs Lape    (0070023)
ICE MILLER LLP
250 West Street
Columbus, Ohio 43215
Phone: 614-462-2700
Facsimile: 614-462-5135
Email:  Robert.Weisman@icemiller.com
          Kelly.Lape@icemiller.com

*Co-Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of January, 2017, the foregoing STIPULATED ORDER OF DISMISSAL was electronically filed with the Clerk of the Court using the CM/ECF system, and served upon the following via the Court's CM/ECF system:

William J. Barath
ICE MILLER LLP
250 West Street
Columbus, Ohio 43215
Email:  William.Barath@icemiller.com

          *s/Laren E. Knoll*
Laren E. Knoll